NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Scottlynn J Hubbard,
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
(530) 895-3252
(530) 894-8244 fax
USDCCentral@HubsLaw.com

ATTORNEY(S) FOR:  Plaintiff Michael Rocca

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL ROCCA, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| PARTY CITY CORPORATION dba PARTY CITY #559; VALENCIA MARKETPLACE I, LLC, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   MICHAEL ROCCA
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PARTY CITY CORPORATION dba PARTY CITY #559; | DEFENDANT |
| VALENCIA MARKETPLACE I, LLC, | DEFENDANT |

June 6, 2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Michael Rocca