SCOTTLYNN J HUBBARD, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
(530) 895-3252

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Michael Rocca,

Plaintiff,

vs.

Party City Corporation dba Party City #559; Valencia Marketplace I, LLC,

Defendants.

No. CV17-04171 RSWL (JCx)

**PROOF OF SERVICE AS TO DEFENDANT PARTY CITY CORPORATION DBA PARTY CITY #559**

| *Attorney or Party without Attorney:*<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>*Telephone No:* 530 895-3252 *FAX No:* 530 894-8244<br>kaina@hubslaw.com<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | *For Court Use Only* |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* MICHAEL ROCCA<br>*Defendant:* PARTY CITY CORPORATION DBA PARTY CITY #559, ET AL | | | | |
| **PROOF OF SERVICE<br>S&C USDC** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:17-CV-04171RSWL(JCX) |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint;; Civil Cover Sheet; Certification And Notice Of Interested Parties; Notice Of Assignment To United States Judges; Notice To Parties Of Court-Directed Adr Program; Notice To Parties; Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr); Notice To Parties; Ada Disability Access Litigation; Ada Disability Access Litigation; Application For Stay And Erly Mediation; Ada Disability Access Litigation; [Proposed] Order Granting Application For Stay And Early Mediation

3. *a. Party served:* PARTY CITY CORPORATION DBA PARTY CITY #559
   *b. Person served:* GABRIELA SANCHEZ-CORPORATE OPERATIONS SPECIALIST

4. *Address where the party was served:* CT CORPORATION
   818 WEST 7TH STREET
   SUITE 930
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 16, 2017 (2) at: 10:25AM

7. ***Person Who Served Papers:***
   a. GARY HANSEN C.C.P.S.

HANSEN'S GUARANTEED PROCESS CO. (seal: GUARANTEED HANSEN'S PROCESS COMPANY)
8504 FIRESTONE BOULEVARD #197
DOWNEY, CA 90241
(562)803-6400, FAX (562)803-6456
gary@hansensguaranteed.com
www.hansensguaranteed.com



Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee for Service was:*** $25.00

e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* 2988
   *(iii) County:* Los Angeles
   *(iv) Expiration Date:* Wed, Sep. 12, 2018

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

***Date: Mon, Jun. 19, 2017***

(GARY HANSEN C.C.P.S.)